UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20360-CIV-ALTONAGA

ADAM WADE HILEMAN,

        Petitioner,

v.

SARASOTA COUNTY JAIL,

        Respondent.
_____/

## ORDER

**THIS CAUSE** came before the Court upon a *sua sponte* review of *pro se* Petitioner, Adam Wade Hileman's Petition for a Writ of Habeas Corpus Under 28 U.S.C. [Section] 2241 [ECF No. 1], filed on January 26, 2021.  Petitioner filed his Petition in this District, along with requests to be allowed to proceed *in forma pauperis* and be appointed counsel.  (*See* Motions [ECF Nos. 3, 4]).  Petitioner is, however, a state pretrial detainee in Sarasota County, Florida, and he names as Respondent the Sarasota County Jail.  (*See id.* 1).  Petitioner is thus detained in the judicial district of the United States District Court for the Middle District of Florida, not in this District.  *See* 28 U.S.C. § 89(b).  The Court is not the appropriate venue to entertain Petitioner's Petition.

Venue for section 2241 writs of habeas corpus is governed by 28 U.S.C. section 2241(d):

> Where an application for a writ of habeas corpus is made by a person in custody under the judgment and sentence of a State court of a State which contains two or more Federal judicial districts, *the application may be filed in the district court for the district wherein such person is in custody* or in the district court for the district within which the State court was held which convicted and sentenced him[.]

*Id.* (alteration and emphasis added).

In the interest of justice, Petitioner's Petition will be transferred to the Middle District of Florida — the jurisdiction where Petitioner is in custody.  *See* 28 U.S.C. § 2241(d) (stating the

district court "in the exercise of its discretion and in furtherance of justice may transfer the

application to the other district court for hearing and determination.").

Accordingly, it is

**ORDERED** that the Clerk of Court shall transfer the case to the **Middle District of Florida** and terminate any pending motions appearing on the undersigned's docket.

**DONE AND ORDERED** in Miami, Florida, this 28th day of January, 2021.

**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record; Plaintiff, *pro se*

**Adam Wade Hileman**
0200691372
Sarasota County Jail
Inmate Mail/Parcels
Post Office Box 49588
Sarasota, FL 34230
*PRO SE*